IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **PACIFIC DIAMOND & PRECIOUS METALS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERIFLEX ENGINEERING LLC**,<br><br>Defendants. | Civ. Nos. 6:21-cv-00549-AA (lead case); 6:21-cv-00550-AA (member case); 6:21-cv-00551-AA (member case).<br><br>**OPINION AND ORDER** |

_____

AIKEN, District Judge:

The parties provided notice to the Court of voluntarily settlement according to Local Rule ("LR") 41-1(a). Upon such notice, the Court ORDERS this case dismissed with prejudice and with rights to any party to reopen the case in the event of a failure to consummate the final settlement agreement within 60 days of this Order. LR 41-1(c).

IT IS SO ORDERED.

Dated this 23rd day of January 2023.

                                                     /s/Ann Aiken

                                                     Ann Aiken<br>                                        United States District Judge